

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Andrew James Colon

The following constitutes the order of the Court.
Signed: August 9, 2019

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 19-41664 |
| ) | |
| **ANDREW JAMES COLON**, ) | Chapter 13 |
| ) | |
| Debtor. ) | **ORDER RE DEBTOR'S EX PARTE** |
| ) | **MOTION TO EXTEND TIME TO FILE** |
| ) | **SCHEDULES, STATEMENTS AND** |
| ) | **CHAPTER 13 PLAN** |
| ) | |

Upon the *ex parte* motion of **ANDREW JAMES COLON** (hereinafter **Debtor**), for an extension of time to file **Summary of schedules; Statistical Summary** of Certain Liabilities; **Schedule A** - Real Property; **Schedule B** - Personal Property; **Schedule C** - Exempt Property; **Schedule D** - Secured Creditors; **Schedule E** - Unsecured Priority Creditors; **Schedule F** - Unsecured Nonpriority Creditors; **Schedule G** - Exec. Contracts & Unexpired Leases; **Schedule H** - Codebtors; **Schedule I** - Current Income of Individual Debtors; **Schedule J** - Current Expenditures of Individual Debtors; **Declaration Concerning Debtor's Schedules**; **Statement of Financial Affairs**; Means Test - **Form 122C-1 and 122C-2**; and **Chapter 13 Plan** and good cause appearing therefore,

- 1 -

IT IS HEREBY ORDERED that **Debtor** shall file with this Court Summary of schedules; Statistical Summary of Certain Liabilities; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditors; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual Debtors; Schedule J - Current Expenditures of Individual Debtors; Declaration Concerning Debtor's Schedules; Statement of Financial Affairs; Means Test - Form 122C-1 and 122C-2; and Chapter 13 Plan on or before **September 5, 2019**.

**\*\*\* END OF ORDER \*\*\***

SERVICE LIST

*NONE