GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Andrew James Colon

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re

**ANDREW JAMES COLON**,

Debtor.

Case No. 19-41664

Chapter 13

**DECLARATION REGARDING FEDERAL INCOME TAXES**

I, <u>ANDREW JAMES COLON,</u> hereby declare the following is true and correct under penalty of perjury:

1. I have not filed Federal Income Taxes since 2013.

2. I am working with a tax professional to complete my back taxes.

3. I will submit my filings to the Chapter 13 Trustee as soon as they are available.

oo0oo

Dated: <u>August 28, 2019</u>                    */s/ Andrew James Colon*

- 1 –

FEDERAL INCOME TAXES                                    CASE # 19-41664

Case: 19-41664    Doc# 19    Filed: 08/28/19    Entered: 08/28/19 15:59:11    Page 1 of 1