# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Andrew James Colon<br>aka Andrew J Colon<br>Debtor(s) | Case No.: 19–41664 WJL 13<br><br>Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Re Debtor's Ex Parte Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan , filed on August 9, 2019 . Therefore, it is ordered that this case be **dismissed**.

Dated: 9/6/19

By the Court:

William J. Lafferty
United States Bankruptcy Judge